FILED BY _____ D.C.

05 SEP -2 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

HENRY CARLISLE,

     **Plaintiff,**

Vs.                      **No. 04-3017 ML P**

UNITED PARCEL SERVICE, INC. and
GEORGE WELCH,

     **Defendants.**

---

## ORDER GRANTING LEAVE TO WITHDRAW

---

     The Court, being advised that Plaintiff, Henry Carlisle, has relieved James E. Blount, III and Mark Ledbetter from any obligation or responsibility in representing him in the above-styled and numbered matter, and upon their said Motion to Withdraw, and the court being advised that there is no opposition to said Motion, finds that said Motion is well taken and should be granted.

     **IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED** that James E. Blount, III and Mark Ledbetter be and are hereby relieved from further obligation or responsibility in the representation of Henry Carlisle from this date forward, for all purposes; that Plaintiff is advised to and is free to retain new counsel forthwith.

                                                      _Jon P. McCalla_

UNITED STATES DISTRICT COURT JUDGE

DATE: Sept. 1, 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 9-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-03017 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Mark Ledbetter
TAYLOR HALLIBURTON & LEDBETTER
254 Court Ave.
Ste. 303
Memphis, TN 38103

Monica G. Johnson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. Blount
BLOUNT LAW FIRM
253 Adams Avenue
Memphis, TN 38103

Henry Carlisle
3574 Carlock Street
Memphis, TN 38219--896

Paula D. Walker
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT