IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 13 PM 3:19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| HENRY CARLISLE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-3017 Ml/p |
| UNITED PARCEL SERVICE, INC., and GEORGE WELCH, | ) | |
| Defendants. | ) | |

**ORDER DENYING DEFENDANTS' REQUEST FOR SETTLEMENT CONFERENCE**

Before the Court is Defendants' Response to Motion to Withdraw as Counsel and Request for Settlement Conference, filed September 6, 2005. Plaintiff's motion to withdraw as attorney has already been granted (Docket No. 13). The Court directs the parties to comply with Local Rule 72.1(f), which directs the parties to engage in mediation prior to requesting a settlement conference with the Magistrate Judge. Accordingly, Defendants' request for a settlement conference is DENIED.

So ORDERED this 12 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-03017 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Monica G. Johnson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Henry Carlisle
3574 Carlock Street
Memphis, TN 38219--896

Paula D. Walker
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT