IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| HENRY CARLISLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04:3017 |
| ) | JURY TRIAL REQUESTED |
| UNITED PARCEL SERVICE, INC., ) | |
| and GEORGE WELCH, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, upon agreement of Plaintiff, Henry Carlisle, and Defendants, United Parcel Service, Inc. ("UPS"), and George Welch, it is this day ORDERED, ADJUDGED and DECREED that all claims stated in the Complaint against UPS and Mr. Welch shall be and are hereby dismissed with prejudice. Each party shall bear its own costs.

ENTERED this 23 day of November 2005.

Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

1156721.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-28-05



AGREED TO AND APPROVED FOR ENTRY:

*/s/ Henry Carlisle*

Henry Carlisle
3574 Carlock Street
Memphis, TN 38118
(901) 547-9071 – phone

Plaintiff


*/s/ Monica G. Johnson*

Paula D. Walker
Monica G. Johnson
WALLER LANSDEN DORTCH & DAVIS, PLLC
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN 37219-8966
(615) 244-6380 – phone
(615) 244-6804 – facsimile

Attorneys for Defendants,
United Parcel Service, Inc., and George Welch

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-03017 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Monica G. Johnson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Paula D. Walker
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Henry Carlisle
3574 Carlock Street
Memphis, TN 38219--896

Honorable Jon McCalla
US DISTRICT COURT