UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.
05 NOV 23  PM 1:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

HENRY CARLISLE

VS

UNITED PARCEL SERVICE, INC.
and GEORGE WELCH.

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-3017 Ml**

Upon agreement by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Agreed Order of Dismissal filed November 23, 2005, this case is dismissed with prejudice with each party bearing its own costs.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Nov. 23, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By)  Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-03017 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Henry Carlisle
3574 Carlock Street
Memphis, TN 38219--896

Paula D. Walker
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Monica G. Johnson
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable Jon McCalla
US DISTRICT COURT